# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:25MJ531 |
| | ) | |
| YENDRY ACOSTA-GARCIA | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of Buffalo in the _____ District of Nebraska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Burglary |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brandon Stigge, TFO FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 9/24/2025

_____
Judge's signature

City and state: Omaha, Nebraska      Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

DISTRICT OF NEBRASKA )
) ss. Affidavit of TFO BRANDON STIGGE
COUNTY OF DOUGLAS )

I, Brandon Stigge, having been first duly sworn, do hereby depose and state as follows:

1. Your affiant, Brandon Stigge is a Task Force Officer ("TFO") assigned to FBI Omaha. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a TFO with the Federal Bureau of Investigation ("FBI") since February of 2016. I am currently assigned to the Cyber Task Force ("CTF") of the FBI's Omaha Division. My responsibilities include the investigation of possible violations of federal law.
2. The United States is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to ATMs in different states and jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has a "scout" to find ATMs, a driver, a person to install the malware, and a person to withdraw the cash from the ATM once the malware is installed.
3. This Affidavit is submitted in support of a criminal complaint and arrest warrant for Yendry Alexandra Acosta-Garcia (dob 8/28/1992) for violations of Title 18 U.S.C. § 371 (conspiracy to commit bank burglary). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally and through written reports.
4. On or about December 11, 2024, the Iowa State Savings Bank located at 401 West Adams Street in Creston, Iowa, suffered a loss of approximately $107,200.00 from an ATM jackpotting incident. A review of the ATM surveillance from the incident depicted a male subject that appears to be a person later identified as Cristhian Alexander Munoz Perez driving in a blue

---

[1] 1 A "Raspberry Pi" is a small, affordable type of computer with its own memory, processor, and drivers. While these devices can be used for many different purposes, based on my training and experience, in the ATM jackpotting context, I know these devices are used to facilitate the installation of malware.

Toyota Camry, with a female subject as a passenger. The subjects appear to use a cell phone to capture footage of the ATM, as shown below:



Based on my training and experience, I am aware that prior to accessing the ATM, members of the conspiracy often conduct reconnaissance of the ATM itself and serve as a "scout," as described in paragraph 2. This often involves taking photographs of the ATM to share with other members of the conspiracy. This image from ATM surveillance at Iowa State Savings Bank is consistent with a member of the conspiracy serving as a "scout."

5. Later that day, officers from the Creston Police Department located a Toyota Camry consistent with the one that drove by the ATM at Iowa State Savings Bank. More specifically, the vehicle was seen at a Casey's gas station at 102 West Taylor Street on or about December 11, 2024, at approximately 0540 hours. Officers observed a female exit the blue Toyota and enter the gas station. At approximately 0545 hours the same female can be seen exiting the gas station with a coffee in hand. The female is seen wearing a long black coat, black pants, with black and white shoes. The female is believed to be Acosta-Garcia. A screenshot of the female is below:



6. On or about August 15, 2025, at approximately 2305, the Horicon Bank at 11530 West Burleigh Street 120, in Wauwatosa, Wisconsin, was the target of an attempted ATM jackpotting incident. Surveillance footage was obtained from the incident, and the subject appeared to approach on foot and appeared to wear a black hooded sweatshirt with a white shirt underneath, a black face covering/mask, black pants, and black and white shoes. Surveillance also shows the subject open the ATM door without any force, suggesting that the subject had a key. Surveillance also shows the subject grabbing what appears to be a black and silver screwdriver from his hooded sweatshirt pocket as he continued to work on the ATM. Surveillance also shows the subject pull out a cell phone, which appears to be on an active call. Surveillance shows the subject remove what appears to be the ATM's hard drive.
7. Shortly after the attempted jackpotting incident at Horicon Bank, in approximately the early morning hours on or about August 16, 2025, officers with the Brookfield Police Department in Wisconsin conducted a traffic stop on a silver Ford Edge with Illinois license plate number FL74432 after observing that the vehicle did not display a front license plate. The vehicle's registered owner was Cristhian Alexander Munoz Perez. A Brookfield Police Department Officer made contact with the driver of the vehicle, and the driver provided a Venezuelan identification card with the name Cristhian Alexander Munoz Perez.
8. Brookfield Police Department Officers observed a clear plastic baggie with a green leafy substance in the center console. Officers suspected the substance to be marijuana. Munoz Perez and his passenger, identified as Acosta-Garcia based on her Venezuelan identification card, were escorted from the vehicle,

and a search of the vehicle occurred. Located in the vehicle was a black ski mask, screwdrivers located inside a sweatshirt, a portable charger, and a Wi-Fi hotspot. Officers also located a Raspberry pi device, a hard drive, and tubular barrel keys consistent with those used to open ATMs. Officers observed that these items were collectively consistent with tools used to conduct ATM jackpotting. Officers also seized a cellular device—a rose gold colored Apple iPhone—from Munoz Perez's person.

9. At the scene, both Munoz Perez and Acosta-Garcia gave different statements regarding their activity that night. Munoz Perez claimed that he and his girlfriend (Acosta-Garcia) went to one of his friends' house to pick up a hard drive with video games on it to download onto his own device. Regarding the mask and the screwdrivers, Munoz Perez claimed that the mask was to protect him from the sun while he was doing Door Dash and the tools were for vehicle repairs. However, Acosta-Garcia stated that she was feeling ill and she described Munoz Perez as just her "roommate". She said that Cristhian told her she needed to go for a ride to make her feel better. She could not recall her address, only that she lived in Milwaukee. She denied going to a bank on the night of the traffic stop. At one point, Officers placed Acosta-Garcia in restraints, and both she and Munoz Perez were eventually arrested for Possession of Drug Paraphernalia, Possession of Marijuana, and Possession of Burglary Tools. A photograph of Acosta-Garcia from that night can be seen below:



10. Below are a series of photographs of the items of evidentiary interest that were seized by the Brookfield Police Department from the vehicle occupied by Acosta-Garcia and Munoz Perez:



11. Acosta-Garcia was eventually relocated to Grayson County Jail in Leitchfield, Kentucky, pursuant to an ICE Detainer Warrant, and pending removal from the United States.
12. FBI SA Eric Stroud and TFO Rolando Carranza met with Yendry Alexandra Acosta-Garcia on or about September 22, 2025, at the Grayson County Jail in Leitchfield, Kentucky. Acosta-Garcia was advised of her Miranda Rights in English and Spanish. She signed a rights advisory form and she agreed to speak with SA Stroud and TFO Carranza.
13. Acosta-Garcia stated that Munoz Perez is her boyfriend and she met him in New York while working for a cellular phone company. She also said that she met a woman (hereinafter, "Female 1") who offered to get Acosta-Garcia a better paying job in Chicago, Illinois. Acosta-Garcia stated that she moved to Chicago and lived with Munoz Perez, Female 1 and Female 1's boyfriend, hereinafter, "Male 1." Acosta-Garcia provided Female 1's full name, and provided Male 1's first name, stating that she did not know his last name.
14. The job that Female 1 helped Acosta-Garcia obtain was essentially to count large quantities of cash. Acosta-Garcia said that she would count anywhere from $20,000 to $70,000 in cash, that she was provided a salary of $6000 per month, and that she was paid in cash from the cash that she counted. Originally, she said that she did not know where the money was coming from, but assumed it was not good.
15. Acosta-Garcia stated that Male 1 and Female 1 would leave around 8pm and return several hours later, sometimes around 5 or 6am. When they returned, the money was provided to her, and she would count it out and take her cut. The rest of the money was given back to Male 1, and he would leave the apartment with it. She estimated this occurred approximately four times and was usually about 15 days apart.
16. Acosta-Garcia stated that after counting money on four occasions, she was taken out to assist with the "jobs." According to her, she was taken to an unknown location where she served as the "lookout." Acosta-Garcia advised that she did not know where she was and was dropped off by Male 1 and Female 1. She was instructed to be on the lookout for police and if she saw police, she was to notify Male 1 and Female 1 by telephone. She claimed that she used WhatsApp to communicate with others in the group. Acosta-Garcia was provided with a password to input into "WhatsApp". She did not remember any locations of the jobs, but assumed they were within a few hours' drive of Chicago.
17. She stated that Male 1 and Female 1 were primarily the individuals that engaged in the thefts from ATMs but a subject referred to hereinafter as "Male 2" (she only provided this male's first name) from Utah came on two different occasions. She added that after providing lookouts for the thefts from ATMs, she knew it was wrong and was starting to get scared. She claimed more Venezuelan nationals were coming around the house and were armed with pistols, rifles, and grenades.

18. Acosta-Garcia was provided with the picture shown above in paragraph 5, depicting a female subject holding coffee outside of Casey's gas station in Creston, Iowa, on or about December 11, 2024. She identified the female in the picture as her. She also wrote her name on the back of the picture as confirmation.
19. Acosta-Garcia was also provided a still image of the female and male in the Toyota Camry in Creston, Iowa, depicted in paragraph 4 above. She stated that she knew those people to be Male 1 and Female 1. It should be noted that the male in the photograph was positively identified by law enforcement as Munoz Perez. A fingerprint was recovered from the ATM hard drive at the bank in Creston, Iowa, described in paragraph 4 above, and this fingerprint matches that that of Munoz Perez.
20. Two more pictures were offered for Acosta-Garcia's review. The first picture was of a man that was at Casey's at the same time she was, in a white sedan that was seen at multiple ATMs. She stated she did not recognize him. The second was of a known suspect that was also in the area, whom she stated she did not recognize.
21. Based on the video surveillance provided at Casey's gas station in Creston, Iowa, the traffic stop conducted and items seized from within the vehicle by Brookfield Police Department, and the statements provided by Acosta-Garcia, Acosta-Garcia is suspected of violating federal law by conspiring with Munoz Perez[2] and others to commit ATM jackpotting incidents.
22. On or about August 19, 2025, Munoz Perez was indicted along with 30 codefendants for a jackpotting conspiracy and is charged with various violations of federal law to include violations of Title 18, United States Code, Sections 1349, 371, 1344, 2113, and 1030. Munoz Perez's charges include charges for the jackpotting incident at Iowa State Savings Bank at 401 West Adams Street in Creston, Iowa, that took place on or about December 11, 2024.
23. The conspiracy conducted ATM jackpotting in Nebraska. For example, on or about April 27, 2025, Munoz Perez and others attempted an ATM jackpotting at the Trius Federal Credit Union at 2915 2nd Avenue in Kearney, Nebraska. Munoz Perez is depicted on ATM surveillance footage.
24. Acosta-Garcia is a Venezuelan national with an ICE detainer in place, currently pending removal proceedings after her arrest by the Brookfield

---

[2] In her interview with SA Stroud and TFO Carranza, Acosta Garcia claimed that Munoz Perez never participated in jackpotting incidents. However, the evidence of Munoz Perez's involvement is to the contrary. For example, he is depicted on ATM surveillance footage participating in ATM jackpotting incidents, as described in this affidavit. In addition, on or about August 19, 2025, Detective Itnyre and other detectives from Ozaukee County interviewed Munoz Perez. Munoz Perez was read his Miranda rights in Spanish, which he waived. Munoz Perez initially denied any involvement with ATM crimes. However, when confronted with ATM surveillance from the Horicon Bank ATM jackpotting incident, he admitted to breaking into the ATM. He claimed that people were threatening his family in his home country and that the Horicon Bank incident was his first and only time breaking into an ATM. Munoz Perez would not identify the people he claimed were threatening his family. Munoz Perez stated that he obtained the key to open the ATM from an unknown subject in Chicago. He also claimed that the people who threatened his family told him how to break into ATMs and provided him with directions earlier in the day. He claimed that he received two calls on his cell phone pertaining to these instructions. Munoz Perez denied any other involvement in ATM jackpotting incidents

Police Department described above.

25. Based on the foregoing, your affiant submits that there is probable cause to believe that Yendry Alexandra Acosta-Garcia committed a violation of 18 U.S.C. § 371 (conspiracy to commit bank burglary).

_____
Brandon Stigge – Task Force Officer
Papillion Police Department  Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date: September 24, 2025

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge